March 8, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

EX PARTE MARLEY OMAR GARCIA

NO. 14-10-00978-CR

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceedings in accordance with its opinion, and orders this decision certified below for observance.